## 11015.   Rhodes *v.* The State

Bloodworth, J.   There is nothing in either of the four special grounds of the motion for new trial that would require a reversal of the judgment; there is evidence to support the finding of the jury, which has the approval of the trial judge, and, as no error of law appears, the judgment is

*Affirmed. Broyles, C. J., and Luke, J., concur.*
Decided January 27, 1920.

Indictment for robbery; from Fulton superior court—Judge Humphries.   October 18, 1919.

*Tillou Von Nunes,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.